## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

_____

**CONNIE STEELE as Mother and Next of Kin of**
**PHILLIP T. CAMERON, Deceased,**

    **Plaintiff,**

vs.                                        No.3:07CV00197 GTE
                                               Division
**GRAHAM L. CROOKS,**                      Jury Demanded
**HERTZ RENTAL CAR LLC, AND**
**HERTZ RENTAL CORPORATION**
**AMERICAN FAMILY INSURANCE**
**AS UNDERINSURED MOTORIST CARRIER**

    **Defendants.**

---

### ORDER GRANTING PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE A
### RULE 26(f) REPORT IN COMPLIANCE WITH THE F.R.C.P.

---

This cause came on to be heard upon Plaintiff's Motion for Enlargement of Time Within Which to File a Rule 26(f) Report, in compliance with the F.R.C.P., and with the consent of all parties involved. It appears to the Court that the motion is well taken and should be granted.

**IT IS THEREFORE ORDERED ADJUDGED AND DECREED**, that Plaintiff's Motion for Enlargement of Time Within Which to File a Rule 26(f) Report (Doc. # 11) is hereby granted, allowing Plaintiff an additional thirty (30) days to file the Rule 26(f) report.

**IT IS SO ORDERED, ADJUDGED AND DECREED** on this the  13th  day of May, 2008.

            **/s/Garnett Thomas Eisele**
            **U.S. DISTRICT COURT JUDGE**

**APPROVED FOR ENTRY:**

/s/ John Michael Bailey
John Michael Bailey,
Attorney for Plaintiff
5978 Knight Arnold Rd., Suite 400
Memphis, TN. 38115
901-529-1010
901-529-1017 Fax

/s/Richard Shane Strabala
Richard Shane Strabala
Attorney for American Family Insurance
HUCKABAY MUNSON ROWLETT & MOORE, P.A.
400 W. Capitol Avenue, Suite 1900
Little Rock, AR 72201-3515

/s/ Richard N. Watts
Richard N. Watts
WATTS, DONOVAN & TILLEY, P.A.
200 South Commerce Street, Suite 200
Little Rock, AR 7201-1769

/s/ Martin A. Diaz
Martin A. Diaz
MARTIN DIAZ LAW FIRM
528 South Clinton Street
Iowa City, IA 52240