UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CONNIE STEELE, as Mother and Next of**     **PLAINTIFF**
Kin of Phillip T. Cameron, Deceased

vs.     **CASE NO. 3:07-CV-00197**

**GRAHAM L. CROOK, HERTZ RENTAL**
**CAR LLC, HERTZ CORPORATION and**
**AMERICAN FAMILY MUTUAL INSURANCE, as**
Uninsured Motorist Carrier     **DEFENDANTS**

## ORDER

Before the Court is Separate Defendant American Family Mutual Insurance's Motion to Compel. Plaintiff has not responded to the motion.

This is a personal injury action in which Plaintiff Connie Steele, as the mother of the decedent Phillip Cameron, seeks to recover money damages for Mr. Cameron's death. Mr. Cameron was struck by a vehicle operated by Defendant Graham Crook and sustained injuries which caused his death. Defendant Hertz is alleged to have rented the vehicle operated by Mr. Crook. American Family Mutual Insurance ("American Family") provided underinsured motorist coverage to Plaintiff.

From the materials before the Court it appears undisputed that Plaintiff has failed to provide the Initial Disclosures required by the Federal Rules of Civil Procedure. Accordingly,

IT IS HEREBY ORDERED that Defendant American Family Mutual Insurance's Motion to Compel (Docket No. 19) be, and it is hereby, GRANTED. Plaintiff shall provide the Initial Disclosures required by Fed. R. Civ. P. 26(a)(1) not later than **December 5, 2008. Plaintiff's**

**counsel is directed to file a Status Report with the Court confirming compliance with this Order.** Plaintiff's counsel is hereby placed on notice that the failure to comply with this Order may result in the dismissal of all claims asserted against American Family Mutual Insurance.

IT IS SO ORDERED this  17th  day of November, 2008.

        /s/Garnett Thomas Eisele
        UNITED STATES DISTRICT JUDGE