THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CONNIE STEELE, AS MOTHER
AND NEXT OF KIN OF PHILLIP
T. CAMERON, DECEASED                                                              PLAINTIFF

V.                          NO. 3:07 CV 00197 GTE

GRAHAM L. CROOK, HERTZ RENTAL
CAR LLC, HERTZ CORPORATION AND
AMERICAN FAMILY MUTUAL INSURANCE
COMPANY, AS UNINSURED MOTORIST CARRIER                           DEFENDANTS

## ORDER GRANTING MOTION TO DISMISS

Comes before the Court an Agreed Motion to Dismiss all claims of Plaintiff against Separate Defendant American Family Mutual Insurance Company. Finding said Motion proper, it is hereby granted and any and all claims of Plaintiff against American Family Mutual Insurance Company in the original Complaint and any Amended Complaints are hereby dismissed with prejudice.

IT IS SO ORDERED, this __23rd__ day of __December__, 20_09_.

_____
The Honorable Garnett Thomas Eisle
United States District Judge

**PREPARED BY:**

Shane Strabala (2000080)
Huckabay, Munson, Rowlett & Moore, P.A.
1900 Regions Building
400 West Capitol Avenue
Little Rock, AR 72201
(501) 374-6535