UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CONNIE STEELE, as Mother and Next of Kin of
PHILLIP T. CAMERON, Deceased                                                    PLAINTIFF

v.                            NO. 3:07CV00197GTE

GRAHAM L. CROOK,
HERTZ RENTAL CAR LLC, AND
HERTZ RENTAL CORPORATION and
AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
as Underinsured Motorist Carrier                                                DEFENDANTS

## ORDER GRANTING AGREED MOTION TO DISMISS

Comes before the Court an Agreed Motion to Dismiss all claims of plaintiff against separate defendant, Graham L. Crook. Finding said motion proper, it is hereby granted and any and all claims of plaintiff against separate defendant, Graham L. Crook, in the original Complaint and any Amended Complaints are hereby dismissed with prejudice.

Dated this 11th day of February, 2010.

                                              /s/ Garnett Thomas Eisele
                                              Honorable Garnett Thomas Eisle

PREPARED BY:

Shane Baker
BARRETT & DEACON, P.A.
P.O. Box 1700
Jonesboro, AR 72403
(870) 931-1700